William E. McCormick, Plaintiff-Appellant, v. Russell Piper, Defendant-Appellee.

Gen. No. 65–81. (Abstract of Decision.)

Third District.

October 25, 1966.

Stewart

R. Winstein, of Rock Island, for appellant; John Patton, of Moline, for appellee. Opinion by JUSTICE STOUDER. Not to be published in full.